# Order

September 11, 2015

Rehearing No. 608

149901(69)

ESTATE OF WILLIAM T. BEALS, Deceased,
by THERESA BEALS, Personal Representative,
        Plaintiff-Appellee,

v

STATE OF MICHIGAN,
        Defendant,
and

WILLIAM J. HARMON,
        Defendant-Appellant.
_____/

**Michigan Supreme
Court
Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 149901
COA: 310231
Barry CC: 11-000045-NO

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2015

